```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/12/2026___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREK DUBOSE,

                          Plaintiff,

            -against-

JUAN SUAREZ,

                          Defendant.

1:25-CV-8483 (MMG)

ORDER OF SERVICE

MARGARET M. GARNETT, United States District Judge:

The Court directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Juan Suarez (a law library clerk employed at the Rose M. Singer Enhanced Supervised Housing unit) waive service of a summons.

The Court also directs the Clerk of Court to mail an information package to Plaintiff.

SO ORDERED.

Dated:  January 12, 2026
        New York, New York

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge