UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/3/2026___

TYREK DUBOSE,

                Plaintiff,

        -against-

JUAN SUAREZ,

                Defendant.

25-CV-08483 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

*Pro se* plaintiff Tyrek DuBose is an inmate on Rikers Island. He brings this Section 1983 action against Defendant Juan Suarez, who is alleged to be a law library clerk who is employed by the New York City Department of Correction ("DOC"). In his complaint, Plaintiff alleges that Defendant stymied his access to legal materials, thereby prejudicing his ability to represent himself in a criminal action.

On January 12, 2026, the Court issued an Order directing the Clerk of Court to notify the DOC and New York City Law Department of this action and requesting that Defendant waive service of a summons and complaint. Dkt. No. 8. On January 28, 2026, an attorney with DOC named Howard Sterinbach filed a document declining to waive service of the summons and complaint because no employee in the DOC has a name matching Defendant's. Dkt. No. 10.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff provides sufficient information to permit the DOC to identify Defendant: an employee (seemingly a law library clerk) affiliated with the Rose M. Singer Enhanced Supervised Housing unit on Rikers Island, who communicated in his official capacity with Plaintiff from March 2025 to May 2025 regarding Plaintiff's legal research inquiries and questions concerning law library access, and sent Plaintiff typed responses to Plaintiff's inquiries, including one that stated, "you never specified what kind paper you actually needed," and another that stated, "we are not authorized to provide or disclose directives beyond the scope of what we are permitted to access." It is therefore ORDERED that the Corporation Counsel of the City of New York, who is the attorney for and agent of the DOC, must make all reasonable efforts to ascertain Defendant's name and, if appropriate, badge number, as well as where he (or she) may be served.[1] The attorney must then provide this information to Plaintiff and the Court within sixty (60) days of this Order.

---

[1] If Defendant is a current or former DOC employee or official, the Corporation Counsel should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly-identified defendant and, if appropriate, listing Defendant's badge number and service address. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order requesting that Defendant waive service of a summonses and the amended complaint.

Pursuant to the electronic service agreement between the Court and the New York City Department of Correction, the Clerk of Court is directed to electronically notify the New York City Law Department and the New York City Department of Correction of this Order.

Dated: February 3, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

---

facility. If Defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Corporation Counsel must provide an address where Defendant may be served.

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

No. _____
(To be filled out by Clerk's Office)

### AMENDED
### COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name             Middle Initial             Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                    State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____
First Name                          Last Name                          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                              State                          Zip Code

Defendant 2:

_____
First Name                          Last Name                          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                              State                          Zip Code

Defendant 3:

_____
First Name                          Last Name                          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                              State                          Zip Code

Defendant 4:

_____
First Name                          Last Name                          Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                              State                          Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

---

---

---

---

---

---

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

---

---

---

---

---

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

---

---

---

---

---

---

---

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

| First Name | Middle Initial | Last Name |
|---|---|---|

Prison Address

| County, City | State | Zip Code |
|---|---|---|

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6