USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_3/11/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREK DUBOSE,

                              Plaintiff,

                    -against-

JUAN SUAREZ,

                              Defendant.

25-CV-08483 (MMG)

**ORDER OF SERVICE**

MARGARET M. GARNETT, United States District Judge:

*Pro se* Plaintiff in this matter is incarcerated and alleges a prison librarian or clerk stymied his access to legal materials, thereby prejudicing his ability to defend himself in a criminal action. The complaint names "Juan Suarez" as the defendant. Dkt. No. 1. On January 12, 2026, the Court issued an order of service asking that Juan Suarez waive service of summons. Dkt. No. 8. The waiver of service was returned unexecuted because no employee with the New York City Department of Correction ("DOC") is named Juan Suarez. Dkt. No. 10. In response, on February 3, 2026, the Court issued an order pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), directing the DOC to make reasonable efforts to ascertain Defendant's identity. Dkt. No. 11. Then, on March 5, 2026, Plaintiff submitted a letter requesting that his complaint be amended because he identified the Defendant as "Joel E. Suarez DuGarre," a notary qualified in Queens County with notary number "01540027009." Dkt. No. 12.

Federal Rule of Civil Procedure 21 provides: "On motion or on its own, the court may at any time, on just terms, add or drop a party." FED. R. CIV. P. 21. Plaintiff is incarcerated and proceeding *pro se*. Accordingly, in the interest of efficiency and fairness, the Court exercises its Rule 21 authority to DROP "Juan Suarez" as a party from this lawsuit and ADD "Joel E. Suarez

DuGarre" as a defendant.  The Court respectfully directs the Clerk of Court to terminate "Juan Suarez" as a defendant in this action and to add "Joel E. Suarez DuGarre" as a defendant in this action.  The addition of Suarez DuGarre as a defendant is without prejudice to any defense that he may assert.

The Court further respectfully directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of this Order.  The Court requests that "Joel E. Suarez DuGarre" waive service of summons.  The New York City Department of Correction is further directed to provide any other information that can confirm Defendant's identity, consistent with the Court's *Valentin* Order.

Dated: March 11, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2