**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**TYREK DUBOSE,**

                              **Plaintiff,**                                      **25-CV-8483 (MMG)(SN)**

              **-against-**                                                              **ORDER TO PRODUCE**

**JOEL DUGARTE SUAREZ,**

                              **Defendant.**
-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that the Warden or other official in charge of the Elmira

Correctional Facility produce Tyrek Dubose, DIN 26N1954, on Monday, July 20, 2026, at 10:30

a.m. to a suitable location within the Elmira Correctional Facility that is equipped with a

telephone, for the purpose of participating in a conference with the Court and defense counsel.

The Court anticipates that the conference will last 15 minutes. If this time and date presents and

inconvenience, the Warden or the Warden's designee should promptly inform Chambers by

emailing Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

        Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the

Elmira Cott Facility to arrange the call and determine the telephone number at which Plaintiff

will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the

line at the time and date of the conference. The parties are reminded to email to Chambers a

proposed case management plan, available at http://nysd.uscourts.gov/judge/Netburn.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:        June 29, 2026
              New York, New York