USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 7/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**TYREK DUBOSE,**

**Plaintiff,**

**-against-**

**JOEL DUGARTE SUAREZ,**

**Defendant.**
**---------------------------------------------------------------X**

**25-CV-8483 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Clerk of Court is respectfully directed to update Plaintiff's address on the docket to the following:

Clinton Correctional Facility
1156 Rt. 374
P.O. Box 2001
Dannemora, NY 12929

The Clerk of Court is further respectfully directed to remove Plaintiff's Book and Case ("B&C") number from the docket and replace it with Plaintiff's Department Identification Number ("DIN"): 26B1854.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 20, 2026
New York, New York